| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kronstadt, John A. | 2. Court or Organization<br><br>U.S. District Court for the Central District of California | 3. Date of Report<br><br>11/17/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 11/17/2010<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>10/31/2010 |
| 7. Chambers or Office Address<br><br>111 North Hill Street<br>Department 30; Room 400<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Los Angeles Superior Court Salary and benefits | $220,163.04 |
| 2. 2009 | Los Angeles Superior Court Salary and benefits | $220,163.04 |
| 3. 2010 | Los Angeles Superior Court Salary and benefits | $183,469.19 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Pepperdine University School of Law; Adjunct Professor |
| 2. 2010 | Los Angeles Superior Court Salary and Benefits |
| 3. 2009 | Los Angeles Superior Court Salary and Benefits |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 11/17/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Horizons Mid Cap Equity Fund | A | Int./Div. | M | T | Exempt | | | | |
| 2. Horizons Large Cap Equity Fund | A | Int./Div. | J | T | | | | | |
| 3. Horizons Stable Income Fund | B | Int./Div. | K | T | | | | | |
| 4. Los Angeles County Stable Balanced Fund | A | Int./Div. | L | T | | | | | |
| 5. Los Angeles County Stable Value Fund | B | Int./Div. | M | T | | | | | |
| 6. Allianz NFJ International AFJCX | A | Int./Div. | L | T | | | | | |
| 7. Black Rock Large Cap Value MCLVX | A | Int./Div. | L | T | | | | | |
| 8. Columbia Marsico 21st Century NMYCX | A | Int./Div. | M | T | | | | | |
| 9. Henderson International Opportunities HFOCX | A | Int./Div. | L | T | | | | | |
| 10. Nuveen Tradewinds Global NWGCX | | None | M | T | | | | | |
| 11. ML Winton Futures Access LLC, Class C LP | | None | M | T | | | | | |
| 12. Vanguard Health Care VGHAX | A | Int./Div. | L | T | | | | | |
| 13. Vanguard Wellington VWENX | A | Int./Div. | M | T | | | | | |
| 14. Vanguard Bond VBIRX | A | Int./Div. | M | T | | | | | |
| 15. Vanguard Money Market VMMXX | A | Int./Div. | J | T | | | | | |
| 16. Bridgeway Small Cap Growth BRSGX | A | Int./Div. | J | T | | | | | |
| 17. CGM Mutual CGMFX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 11/17/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CGM Mutual LOMMX | A | Int./Div. | J | T | | | | | |
| 19. CGM Realty CGMRX | A | Int./Div. | K | T | | | | | |
| 20. Dodge & Cox Int. DODFX | A | Int./Div. | L | T | | | | | |
| 21. Dodge & Cox Stock DODGX | A | Int./Div. | K | T | | | | | |
| 22. Fairholme Funds FAIRX | A | Int./Div. | K | T | | | | | |
| 23. DOW | A | Int./Div. | J | T | | | | | |
| 24. INTC | A | Int./Div. | K | T | | | | | |
| 25. IBM | B | Int./Div. | K | T | | | | | |
| 26. WM | A | Int./Div. | J | T | | | | | |
| 27. Los Angeles County Horizons Non-US Equity | A | Int./Div. | K | T | | | | | |
| 28. Los Angeles County Horizons Small Cap Equity | A | Int./Div. | K | T | | | | | |
| 29. Los Angeles County Horizons Midcap Equity | A | Int./Div. | K | T | | | | | |
| 30. Los Angeles County Horizons Non US Equity | A | Int./Div. | K | T | | | | | |
| 31. Los Angeles County Horizons Small Cap Equity | A | Int./Div. | K | T | | | | | |
| 32. Los Angeles County Savings Large Cap Equity | A | Int./Div. | M | T | | | | | |
| 33. Los Angeles County Savings Balanced Fund | A | Int./Div. | L | T | | | | | |
| 34. Los Angeles County Horizons Stable Income Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 6 of 15

Name of Person Reporting

Kronstadt, John A.

Date of Report

11/17/2010

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Cal. Judges Retirement System Pension Plan | . | None | O | T | | | | | . |
| 36. University of California Savings Fund | A | Int./Div. | J | T | | | | | |
| 37. University of California Equity Fund | A | Int./Div. | K | T | | | | | |
| 38. TIAA CREF Stock | A | Int./Div. | J | T | | | | | |
| 39. TIAA CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 40. TIAA CREF Growth | A | Int./Div. | J | T | | | | | |
| 41. TIAA CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 42. California Municipal Bonds | D | Int./Div. | L | T | | | | | |
| 43. Oppenheimer Advantage Bank Deposit Sweep Account | A | Int./Div. | L | T | | | | | |
| 44. Merrill Lynch Money Market | A | Int./Div. | J | T | | | | | |
| 45. Franklin California High Yield Municipal Fund | D | Int./Div. | N | T | | | | | |
| 46. Oppenheimer International Bond Fund OIBCX | B | Int./Div. | K | T | | | | | |
| 47. Vanguard Windsor II VWNFX | A | Int./Div. | J | T | | | | | |
| 48. Vanguard CA Tax Exempt Money Market VCTXX | A | Int./Div. | J | T | | | | | |
| 49. PowerShares QQQ Trust | A | Int./Div. | L | T | | | | | |
| 50. ABT | A | Int./Div. | J | T | | | | | |
| 51. AXP | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 15

Name of Person Reporting

Kronstadt, John A.

Date of Report

11/17/2010

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMGN | A | Int./Div. | K | T | | | | | |
| 53. T | A | Int./Div. | J | T | | | | | |
| 54. BAC | A | Int./Div. | J | T | | | | | |
| 55. CVX | A | Int./Div. | J | T | | | | | |
| 56. XOM | A | Int./Div. | J | T | | | | | |
| 57. MHS | A | Int./Div. | J | T | | | | | |
| 58. MSFT | A | Int./Div. | K | T | | | | | |
| 59. MON | A | Int./Div. | J | T | | | | | |
| 60. PG | A | Int./Div. | K | T | | | | | |
| 61. QCOM | A | Int./Div. | L | T | | | | | |
| 62. RDSA | A | Int./Div. | J | T | | | | | |
| 63. SJM | A | Int./Div. | J | T | | | | | |
| 64. UPS | A | Int./Div. | J | T | | | | | |
| 65. WMT | A | Int./Div. | K | T | | | | | |
| 66. Vanguard 529 Moderate Age-Based Option | A | Int./Div. | J | T | | | | | |
| 67. Vanguard 529 Agressive Age-Based Option | A | Int./Div. | J | T | | | | | |
| 68. DODFX | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3) J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2) Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 11/17/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HD | A | Int./Div. | J | T | | | | | |
| 70. IBM | A | Int./Div. | J | T | | | | | |
| 71. MON | A | Int./Div. | J | T | | | | | |
| 72. TXN | A | Int./Div. | J | T | | | | | |
| 73. Vanguard Health Care VGHCX | A | Int./Div. | K | T | | | | | |
| 74. Vanguard Windsor II VWNFX | A | Int./Div. | J | T | | | | | |
| 75. Vanguard Money Market VMMXX | A | Int./Div. | J | T | | | | | |
| 76. California Municipal Bonds | A | Int./Div. | K | T | | | | | |
| 77. Union Bank Investment Services Sweep Account | A | Int./Div. | K | T | | | | | |
| 78. American Funds Money Market Fund 529-B | A | Int./Div. | L | T | | | | | |
| 79. Americab Funds American Balanced Fund 529-E | A | Int./Div. | J | T | | | | | |
| 80. California Municipal Bonds | A | Int./Div. | M | T | | | | | |
| 81. Bruce Fund Mutual Fund | A | Int./Div. | K | T | | | | | |
| 82. Northwest Mutual Whole Life Insurance | C | Int./Div. | L | T | | | | | |
| 83. Lincoln Financial Group American Legacy II Variable Annuity | | None | M | T | | | | | |
| 84. Putnam Hartford Capital Manager Variable Annuity | | None | L | T | | | | | |
| 85. Round Hill Partnership (Real Property) | D | Distribution | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 9 of 15

Name of Person Reporting

Kronstadt, John A.

Date of Report

11/17/2010

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Union Bank of California Cash Account | A | Interest | M | T | | | | | |
| 87. Oppenheimer Advantage Bank Deposit Sweep Account | A | Int./Div. | L | T | | | | | |
| 88. | | | | | | | | | |
| 89. Trust #1 | | | | | | | | | |
| 90. - 1111 Spring St. Partnership | A | Distribution | K | T | | | | | |
| 91. - Round Hill Partnership (Real Estate) Appraisal 12/30/2009 | E | Distribution | M | Q | | | | | |
| 92. - Country Club Offices Part. (Real Est.)Appraisal 12/30/09 | A | Distribution | J | Q | | | | | |
| 93. - Penn Center Limited Part. (Real Est.) Appraisal 12/30/09 | E | Distribution | M | Q | | | | | |
| 94. - Potomac Place Assoc. Part. (Real Est.) Apprais. 1/26/10 | D | Distribution | L | Q | | | | | |
| 95. - AZO | | None | J | T | | | | | |
| 96. - KMX | | None | J | T | | | | | |
| 97. - DIS | A | Dividend | J | T | | | | | |
| 98. - F | | None | J | T | | | | | |
| 99. - LOW | A | Dividend | J | T | | | | | |
| 100. - MCD | A | Dividend | J | T | | | | | |
| 101. - V | A | Dividend | J | T | | | | | |
| 102. - MO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | S =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 11/17/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - CVS | A | Dividend | J | T | | | | | |
| 104. - CL | A | Dividend | J | T | | | | | |
| 105. - SBMRY | A | Dividend | J | T | | | | | |
| 106. - XOM | B | Dividend | J | T | | | | | |
| 107. - SLB | A | Dividend | J | T | | | | | |
| 108. - RIG | A | Dividend | J | T | | | | | |
| 109. - BRK.A | A | Dividend | J | T | | | | | |
| 110. - BAM | A | Dividend | J | T | | | | | |
| 111. - JPM | A | Dividend | J | T | | | | | |
| 112. - MKL | | None | J | T | | | | | |
| 113. - TROW | A | Dividend | J | T | | | | | |
| 114. - BDX | A | Dividend | J | T | | | | | |
| 115. - LH | | None | J | T | | | | | |
| 116. - MRK | A | Dividend | J | T | | | | | |
| 117. - XBI | A | Dividend | J | T | | | | | |
| 118. - TEVA | A | Dividend | J | T | | | | | |
| 119. - CAT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 11/17/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - DHR | A | Dividend | J | T | | | | | |
| 121. - GD | A | Dividend | J | T | | | | | |
| 122. - GE | A | Dividend | J | T | | | | | |
| 123. - ITW | A | Dividend | J | T | | | | | |
| 124. - UTX | A | Dividend | J | T | | | | | |
| 125. - ACN | A | Dividend | J | T | | | | | |
| 126. - AAPL | A | Dividend | J | T | | | | | |
| 127. - ADP | A | Dividend | J | T | | | | | |
| 128. - CSCO | A | Dividend | J | T | | | | | |
| 129. - FISV | A | Dividend | J | T | | | | | |
| 130. - GOOG | A | Dividend | J | T | | | | | |
| 131. - INTC | A | Dividend | J | T | | | | | |
| 132. - IBM | A | Dividend | J | T | | | | | |
| 133. - MSFT | A | Dividend | J | T | | | | | |
| 134. - ORCL | A | Dividend | J | T | | | | | |
| 135. - QCOM | A | Dividend | J | T | | | | | |
| 136. - ALB | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - ABX | A | Dividend | J | T | | | | | |
| 138. - IFF | A | Dividend | J | T | | | | | |
| 139. - PX | A | Dividend | J | T | | | | | |
| 140. - AMT | A | Dividend | J | T | | | | | |
| 141. - MICC | A | Dividend | J | T | | | | | |
| 142. - NEE | A | Dividend | J | T | | | | | |
| 143. - WMT | A | Dividend | J | T | | | | | |
| 144. - Household Finance Corp. Bonds | B | Interest | K | T | | | | | |
| 145. - Wal-Mart Stores Global Note | B | Interest | K | T | | | | | |
| 146. - BBT | A | Int./Div. | | | | | | | |
| 147. - KFT | A | Int./Div. | | | | | | | |
| 148. - PEP | A | Int./Div. | | | | | | | |
| 149. - PG | A | Int./Div. | | | | | | | |
| 150. - RTP | A | Int./Div. | | | | | | | |
| 151. - Fed. National Mtg. Asso. Note | A | Int./Div. | | | | | | | |
| 152. - Fed. Home Loan Mtg. Corp. Note | A | Int./Div. | | | | | | | |
| 153. - General Electric Credit Corp. Note | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 13 of 15

Name of Person Reporting
Kronstadt, John A.

Date of Report
11/17/2010

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. - Federal Agricultural Mortgage Corp. Note | A | Int./Div. | | | | | | | |
| 155. - CHL | A | Int./Div. | | | | | | | |
| 156. - DEO | A | Int./Div. | | | | | | | |
| 157. - OMC | A | Int./Div. | | | | | | | |
| 158. - SYY (X) | A | Int./Div. | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

With respect to Trust #2: Trust #2 has no assets at the present time. It may be a beneficiary of a portion of the assets in Trust #1. Should Trust #2 receive assets from Trust #1, I would be the trustee of such assets when held in Trust #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 165 | 850 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 3 | 428 | 189 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others – auto loan | | 30 | 000 |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – primary residence | | 767 | 600 |
| Real estate owned – see schedule | 3 | 600 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 250 | 000 | | | | |
| Cash value-life insurance | | 155 | 117 | | | | |
| Other assets itemize: | | | | | | | |
| - Annuities | | 210 | 500 | | | | |
| - Partnership Interest | | 50 | 000 | | | | |
| - California municipal bonds | | 315 | 800 | Total liabilities | | 797 | 600 |
| - California Judicial Pension Plan | | 784 | 189 | Net Worth | 8 | 162 | 045 |
| Total Assets | 8 | 959 | 645 | Total liabilities and net worth | 8 | 959 | 645 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |